NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ARMANDO CRUZ-HERNANDEZ      )
)
      Appellant,      )
)
v.      )      Case No. 2D17-3057
)
STATE OF FLORIDA,      )
)
      Appellee.      )
_____)

Opinion filed October 5, 2018.

Appeal from the Circuit Court for Manatee
County; Hunter W. Carroll, Judge.

Richard C. Reinhart, Bradenton, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


      Affirmed.


KELLY, VILLANTI, and MORRIS, JJ., Concur.